## DANNER v. STATE.
No. 18131.

Court of Criminal Appeals of Texas.
April 15, 1936.

Cunningham & Lipscomb and F. A. Dale, all of Bonham, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is the unlawful sale of intoxicating liquor; penalty assessed at confinement in the penitentiary for one year.

Since the conviction of the appellant, the law upon which the prosecution is founded has been repealed. See Meadows v. State (Tex.Cr.App.) 88 S.W.(2d) 481.

The judgment is reversed, and the prosecution ordered dismissed.

## HAZARD et al. v. STATE.
No. 18125.

Court of Criminal Appeals of Texas.
April 15, 1936.

A. L. Lewis and B. L. Palmer, both of Houston, for appellants.

Lloyd W. Davidson, State's Atty., of Austin, for the State

HAWKINS, Judge.

Appellants were convicted in the county court of Harris county, Tex., under a charge of permitting a gaming table and device to be displayed and played in a house under their control, said house being a public place. The punishment assessed was a fine of $100 against each of the appellants.

The appeal was perfected to this court April 8, 1936. Appellants have filed with this court their affidavits advising that neither of them desires to further prosecute such appeal.

Upon their request, the appeal is dismissed.